UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

Rosemarie Stuart,

                Plaintiff,

          -against-

Commissioner, Social Security Administration,

            Defendant.

---------------------------------------------------------------X

**ORDER**

19-CV-01485 (JMF) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

The parties are requested to confer regarding consent to the jurisdiction of a Magistrate

Judge for all purposes.  To the extent the parties agree to proceed before a Magistrate Judge

for all purposes pursuant to 28 U.S.C. § 636(c), they should complete a Notice, Consent, and

Reference of a Civil Action to a Magistrate Judge form (available at

https://nysd.uscourts.gov/hon-katharine-h-parker) and submit it via ECF.  This Order is not

meant to interfere in any way with the parties' absolute right to a decision by a United States

District Judge but is merely an attempt to preserve scarce judicial resources and remind the

parties of this option pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

Dated: November 13, 2019
      New York, New York

_____
KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE