USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12|2|19

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ROSEMARIE STUART,

          Plaintiff,

     -v-

COMMISSIONER OF SOCIAL SECURITY,
               Defendant.

-----------------------------------------------------------X

19 **CIVIL** 1485 (KHP)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated December 2, 2019, that the decision of the Commissioner of

Social Security is reversed and that this action is remanded to the Commissioner of Social Security

pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
      December 2, 2019

                           **RUBY J. KRAJICK**

                           **Clerk of Court**

      **BY:**

                           **Deputy Clerk**